UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMONA D., <br>           Plaintiff, <br>           v. <br> NANCY A. BERRYHILL, Acting Commissioner of Social Security, <br>           Defendant. | Case No. CV 18-6602-KK <br><br> JUDGMENT |

Pursuant to sentence four of 42 U.S.C. § 405(g), IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is REVERSED, and this action is REMANDED for further administrative proceedings.

Dated: March 22, 2019

HONORABLE KENLY KIYA KATO
United States Magistrate Judge